**Order entered August 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00632-CV

## OFFICE OF THE ATTORNEY GENERAL, Appellant

## V.

## GINGER WEATHERSPOON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC09-06233**

## ORDER

The Court has before it appellant's July 29, 2013 emergency motion for stay pursuant to Texas Rule of Appellate Procedure 29.3 and appellee's August 6, 2013 response to that motion. The Court **GRANTS** the motion and **STAYS** all proceedings in the trial court. This stay shall remain in effect until further order of the Court.

/s/      MICHAEL J. O'NEILL
         JUSTICE